1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11  **KHEM PHONGSUWAN**                )      **Case No. CIV-08-2193 GGH**
                                        )
12                                      )
                                        )      **STIPULATION AND ORDER**
13              **Plaintiff,**          )      **EXTENDING PLAINTIFF'S TIME TO**
                                        )      **FILE MEMORANDUM IN SUPPORT**
14  **v.**                             )      **OF SUMMARY JUDGMENT**
                                        )
15  **MICHAEL J. ASTRUE**              )
    **Commissioner of Social Security** )
16  **of the United States of America,** )
                                        )
17              **Defendant.**          )
                                        )
18  _____ )

19
           IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
    the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
    in this case is hereby extended from June 3, 2009, to July 31, 2009.   This is Plaintiff's first extension
22
    and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid July of 2009.
23

24

25  / / / /

26  / / / /

27  / / / /

28

                                                1

1

2

3   Dated: June 3, 2006              */s/Bess M. Brewer* _____
                                    BESS M. BREWER
4                                   Attorney at Law

5                                   Attorney for Plaintiff

6

7
    Dated: June 4, 2009             Lawrence G. Brown
8
                                    Acting United States Attorney
9
                                    */s/ Elizabeth Firer for Sarah Lynn Ryan*
10  _____ SARAH LYNN RYAN

11                                  Special Assistant U.S. Attorney
                                    Social Security Administration
12
                                    Attorney for Defendant
13

14                                  **ORDER**

15  APPROVED AND SO ORDERED.

16  DATED: June 9, 2009

17                        /s/ Gregory G. Hollows

18  _____    GREGORY G. HOLLOWS
                                    U.S. MAGISTRATE JUDGE
19  phongsuwan.eot

20

21

22

23

24

25

26

27

28

2