BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHEM PHONGSUWAN**<br><br>          **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>          **Defendant.** | Case No. CIV-08-2193 GGH<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 31, 2009, to August 27, 2009.  This additional extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: July 31, 2009 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: July 31, 2009 | | Lawrence G. Brown<br>Acting United States Attorney<br>*/s/ Elizabeth Firer for Sarah Ryan*<br>SARAH LYNN RYAN<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 4, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

phongsuwan.eot2