LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
DONNA W. ANDERSON, PA SBN 46355
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KHEM PHONGSUWAN,     )<br><br>    Plaintiff,     )<br><br>    v.     )<br><br>MICHAEL J. ASTRUE,     )<br>Commissioner of     )<br>Social Security,     )<br><br>    Defendant.     )<br>_____ ) | Case No. 2:08-cv-02193-GGH<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME IN WHICH TO  FILE  DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, OPPOSITION TO PLAINTIFF'S MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION |

    This stipulation is entered into by and between plaintiff Khem Phongsuwan (Plaintiff) and defendant Michael J. Astrue, Commissioner of Social Security (Defendant), through their undersigned counsel of record.

    The parties **HEREBY STIPULATE** to extend the time for Defendant to file its opposition to Plaintiff's Summary Judgment motion and any cross-motions, and to extend all other scheduling dates set forth in the Order accordingly. Defendant shall file its brief by December 14, 2009; Plaintiff shall file its reply by January 4, 2010.

1    The reason for the requested extension is that recent personnel changes in

2  the Office of the General Counsel of the Social Security Administration leave-

3  taking of the prior assigned attorney have necessitated a recent reassignment of the

4  above case to a different attorney.  The newly-assigned attorney requires the

5  additional time to prepare its response to Plaintiff's summary judgment motion.

6                                    Respectfully submitted,

7

8  Dated: November 10, 2009

9                                    */s/ Bess M. Brewer*
10                                   BESS M. BREWER
                                     Attorney for Plaintiff
11                                   (Concurrence by email of 11/06/09)

12  Dated: November 10, 2009         LAWRENCE G. BROWN
13                                   United States Attorney
                                     LUCILLE GONZALES MEIS
14                                   Regional Chief Counsel, Region IX
                                     Social Security Administration
15

16                                   */s/ Donna W. Anderson*
                                     DONNA W. ANDERSON
17                                   Assistant Regional Counsel
                                     Special Assistant United States Attorney
18
    Of Counsel:
19
    WYNNE CATHCART ERICKSON
20  Assistant Regional Counsel

21
                                     Attorneys for Defendant
22                                   Michael J. Astrue, Commissioner
                                     Social Security Administration
23  **IT IS SO ORDERED:**

24
    Dated: November 13, 2009         /s/ Gregory G. Hollows
25                                   HONORABLE GREGORY G. HOLLOWS
                                     United States Magistrate Judge
26  phongsuwan.eot3

27

28                                        2